IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JANICE WOLK GRENADIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:11CV1136 |
| ) | |
| v. ) | |
| ) | |
| ED SEMONIAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

FILED NOV - 9 2011 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## ORDER

THIS MATTER is before the Court on the Plaintiff Janice Wolk Grenadier's Application to Proceed without Prepayment of Fees and Affidavit (Dkt. No. 2). A litigant may commence an action in federal court *in forma pauperis* if such litigant files an affidavit, in good faith, stating that she or he is unable to pay the costs of the lawsuit. *See* 28 U.S.C § 1915(a). However, 28 U.S.C § 1915 permits a district court to dismiss a claim filed *in forma pauperis* if the cause of action is frivolous or fails to state a claim upon which relief may be granted. *See* 28 U.S.C § 1915 (e)(B)(i); *Nietzke v. Williams*, 490 U.S. 319, 324 (1989). An action is frivolous when it lacks an arguable basis either in law or in fact. *Neitzke*, 490 U.S. at 324; *see also Cavines v. Somers*, 235 F.2d 455, 456 (4th Cir. 1956) (stating that a complaint is frivolous if it is "utterly without merit").

The substantive allegations in the Complaint (Dkt. No. 1) attached to Plaintiff's Application to Proceed without Prepayment of Fees and Affidavit lacks an arguable basis in law or fact. Plaintiff alleges civil rights violations in "coordinated action" by various public servants and members of the Virginia State Bar to deny her "access to the Grand Jury to make a

Presentment for Bill of Indictment for Forging, Uttering, and Forging a Public Document" against one of the named defendants and her law firm. (Plaintiff's Complaint ¶ 1.) Plaintiff alleges further that, when she contacted the Virginia State Bar about the alleged forgery, Bar employees, also named as defendants in the Complaint, "aided the cover-up of Bar member crimes." (Pl.'s Compl. ¶ 2.) These allegations are deemed frivolous.

Accordingly, it is hereby

ORDERED that Plaintiff's Application to Proceed without Prepayment of Fees and Affidavit is DENIED.

The Clerk is directed to forward a copy of this Order to Plaintiff.

ENTERED this 9th day of November, 2011.

Alexandria, Virginia

11/9/11

/s/
Gerald Bruce Lee
United States District Judge